IN RE DISBARMENT OF JUNIUS J. TRUAX.[1]

September 6, 1935.

No. 29,976.

Oscar G. Haugland and Brill & Maslon, for State Board of Law Examiners.

George A. Lewis, for respondent.

PER CURIAM.

Upon the files herein, and the affidavit of default made and filed by the secretary of the state board of law examiners, it is ordered that Junius J. Truax be and he is hereby disbarred from the practice of law in the courts of this state and his name stricken from the roll of attorneys.

Let judgment be entered accordingly.

[1]Reported in 262 N. W. 221.